# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NYAJIA WILLIAMS

VERSUS

ALVIN WHITE, JR.

NO.  2026 CW 0152

**MARCH 20, 2026**

---

In Re:    Alvin white, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202317310.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**STAY LIFTED; WRIT GRANTED IN PART WITH ORDER AND DENIED IN PART.**  This writ is granted for the sole purpose of remanding this matter to the district court to set a new deadline for payment by Alvin White, Jr. of his estimated appeal costs.  The writ is denied in all other respects.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT